Arthur Suhr, an Infant, etc., Appellant, v. Benjamin F. Connor, Respondent.—Motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Leopold Brand, Appellant, v. Frank Hasbrouck, as Superintendent of Insurance of the State of New York, Respondent.— No written notice of this accounting proceeding ordered against the receiver was given to the surety on the receiver's official bond under Code of Civil Procedure, section 715, which requirement means a notice in writing. (*Erving* v. *Mayor, etc.*, 131 N. Y. 133.) Hence the accounting proceedings, and the referee's findings, with the orders of the court, made thereon, as against the surety, had no effect. (*Stratton* v. *City Trust, Safe Deposit & S. Co.*, 86 App. Div. 551.) The evidence of the receiver's default and misfeasance, being based only on these accounting proceedings, left the complaint totally unsupported as to the surety, so that it was rightly dismissed. The judgment is, therefore, affirmed, with costs, Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Curtis Bros. Lumber Company, Respondent, v. Thrall Construction Company and Others, Appellants.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, on authority of *Deeves* v. *Metropolitan, etc., Co.* (6 Misc. Rep. 91; affd. on opinion below, 141 N. Y. 587), and motion remitted to said court for disposition in accordance with said authority. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

James R. Davis, Appellant, v. Emma Estelle Davis, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Annie Epstein, Plaintiff, v. Rebecca Werbelovsky and Others, Defendants. Abraham Werbelovsky and Others, as Executors, etc., Appellants; Albert E. Richardson, Respondent. — Appeal dismissed on consent, without costs. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Elizabeth Fatum, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— The issue of fact, whether or not plaintiff had hold of the car before it started, was sent to the jury by the original charge, and by an instruction following the words of a request to that effect by defendant's counsel. The court also left to the jury to find whether the conductor in starting the car was in the exercise of reasonable care. After the issue whether plaintiff had tried to board a car at rest, or one already starting, had thus been clearly presented to the jury, if defendant's counsel wished a further charge on the point of contributory negligence, he might have made an appropriate request for such instruction. In the absence of such request, no error appears. We cannot say that the verdict of $1,250 is excessive. The judgment and order of the County Court of Queens county are, therefore, unanimously affirmed, with costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

A. Brendan Ford, Appellant, v. Robert E. Ford, as Administrator, etc., of Patrick Ford, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.